UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SchlumbergerSema, Inc.,                                           Civ. File No. 02-4304 (PAM/JSM)

                           Plaintiff,

v.                                                                                 **ORDER**

Xcel Energy, Inc.,
                         Defendant.

This matter is before the Court on Defendant's Petition for an Order Enforcing Arbitration Panel's Deposition Subpoena Duces Tecum to Third-Parties Cellnet Technology Northeast, Inc., Cellnet Technology Innovations, Inc., Cellnet Technology Midwest, Inc., AOITS, Inc. a/k/a Cellnet Technology, Inc., GTCR Golden Rauner, LLC and GTCR Golden Rauner II, LLC (collectively, "Third Parties").  The Court determines that § 7 of the Federal Arbitration Act allows this Court to enforce the arbitration panel's subpoenas.  Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Petition Under 9 U.S.C. § 7 for Order Enforcing Arbitration Panel's Subpoenas Duces Tecum (Clerk Doc. No. 45) is **GRANTED;** and

2. The Subpoenaed Third Parties must comply with the arbitration panel's July 8, 2005, Subpoenas Duces Tecum attached to this Order as Exhibit 1, by September 1, 2005.

Dated: August 17, 2005

                                                                    s/ Paul A. Magnuson
                                                                    Paul A. Magnuson
                                                                    United States District Court Judge